JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIETER HARTMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLER BATES; TYLER BATES MUSIC, INC.; FOCUS FEATURES, LLC; FOCUS FEATURES PRODUCTIONS, LLC,<br><br>    Defendants. | Case Number 2:19-cv-05273-AB-MRW<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the Stipulation for Dismissal between Plaintiff Dieter Hartmann and Defendants Tyler Bates and Tyler Bates Music, Inc., this action is hereby dismissed in its entirety. The parties shall bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 10, 2020

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE